US v. MORALES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: October 20, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br><br>vs.<br><br>Jesus Abigail MORALES<br>   Defendant.<br><br>YOB: 1997<br>United States Citizen | ) Magistrate's Case No. 16-1842mJ<br>)<br>) COMPLAINT FOR VIOLATION OF<br>)<br>) 21 U.S.C. §§ 841(a)(1) and<br>) (b)(1)(C), Possession of a<br>) Controlled Substance with Intent<br>) to Distribute<br>) Count One<br>)<br>)<br>) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 20, 2016, at or near Wellton, Arizona, within the District of Arizona, defendant, Jesus Abigail MORALES, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

_[signature] USBP_

_[signature]_
Omari Wilson
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, October 21, 2016, at Yuma, Arizona.

_[signature]_
James F. Metcalf
United States Magistrate Judge

**STATEMENT OF FACTS**

I, Omari Wilson, being duly sworn, do state the following:

On October 20, 2016, at approximately 1800 hours, Jesus Abigail MORALES entered the passenger vehicle inspection lane of the Wellton, Arizona Border Patrol Checkpoint driving a black 2003 Audi Sedan (AZ #BXB1659). Border Patrol Agent (BPA) and Human and Narcotics Detection Dog (HNDD) handler, Daniel Ruiz, observed MORALES drive the vehicle into inspection lane. BPA Ruiz observed the vehicle's old and chipped paint, and damaged front bumper. BPA Ruiz also observed that the vehicle had brand new license plates. In the experience and training of BPA Ruiz, new license plates on old vehicles is indicative of a vehicle being used to transport illegal aliens or/and controlled substances. The old vehicles are purchased for low prices and legally registered for the purpose of conducting illicit activities.

BPA Ruiz asked MORALES where he was traveling to. MORALES advised he was traveling to his grandmother's house in Tacna, Arizona. BPA Ruiz asked MORALES where he coming from. MORALES advised he was coming from his home in Yuma, Arizona. MORALES provided BPA Ruiz with a United States Passport and Arizona Driver's License. MORALES's passport was expired as of December 18, 2012, and his driver's license identified an address in San Luis, Arizona. The information indicated on the license contradicted MORALES' earlier statement that he lived in Yuma, Arizona. BPA Ruiz referred MORALES and his vehicle to secondary screening.

In the secondary screening area, MORALES advised BPA Ruiz that he was the registered owner of the vehicle. BPA Ruiz asked MORALES for consent to have his HNDD (Hector-A) search the exterior and interior of the vehicle. MORALES provided verbal consent, and Hector-A alerted to the rear quarter panels of the vehicle. BPA Gustavo Franco x-rayed the vehicle using a ZBF Backscatter, revealing anomalies in the driver's side rear door panels. The BPA's physically inspected the vehicle's rear door panels from inside the trunk compartment, and discovered two clear vacuum sealed

Case 2:16-cr-01418-SPL   Document 1   Filed 10/21/16   Page 3 of 3

US v. MORALES

bags containing a white crystalline substance. A Narcotics Identification Kit tested presumptive positive for methamphetamine. The aggregate weight of the packages was 1.26 Kilograms.

Homeland Security Investigations Special Agent Wilson and Task Force Officer Holman responded to the scene and placed MORALES under arrest. In a custodial post-*MIRANDA* interview, MORALES acknowledged knowing a controlled substance was hidden in a clandestine area of his vehicle. MORALES acknowledged knowing it was illegal to possess and transport controlled substances. MORALES advised that he was going to be paid approximately $1,000.00 U.S. Dollars for transporting the controlled substances from Yuma, Arizona to an area near exit 107th Avenue and Indian School Rd in Phoenix, Arizona.

Based on the foregoing, there is probable cause to believe that MORALES committed the offenses as alleged in the Complaint.

Omari Wilson
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, October 21, 2016, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge